## COOPER v. CITY OF GAINESVILLE.

LUMPKIN, J. Where the answer of the mayor and council of a municipal corporation to a writ of certiorari, brought to review a judgment alleged in the petition therefor to have been rendered by them, did not verify the allegation in the petition that there was such a judgment, or the other allegations thereof, except that it adopted the evidence set out as practically correct; and no steps were taken to require respondents to answer over, nor traverse filed to the answer, no reversal can be had in this court. *Manning* v. *Gainesville*, and cit., ante.

> *Judgment affirmed. All the Justices concur.*

Submitted March 20,—Decided May 10, 1906.

Certiorari. Before Judge Kimsey. Hall superior court. January 30, 1906.

*W. B. Sloan,* for plaintiff in error. *J. G. Collins,* contra.